UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
*   MAY 10, 2023   *
BROOKLYN OFFICE

**ORIGINAL**

AMERICAN UNITED TRANSPORTATION, INC.,

                Plaintiff,

     v.

HOMELAND SECURITY INVESTIGATIONS
AND KATHERINE A. KEARNEY,

              Defendants.

Civil Action No.
23-CV- 3518

(Judge Hector Gonzalez
(_____, M.J.)

**NOTICE OF REMOVAL**

TO:    THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR
       THE EASTERN DISTRICT OF NEW YORK:

       PLEASE TAKE NOTICE that an action pending in the Civil Court of the City of New York, County of Kings, has been removed to the United States District Court for the Eastern District of New York.

       BREON PEACE, United States Attorney for the Eastern District of New York, by KIMBERLY A. FRANCIS, Assistant United States Attorney, of counsel, respectfully states the following facts upon information and belief:

       1.    The above-captioned action was commenced in the Civil Court of the City of New York, County of Kings, Index No. 020994-20/KI, and names as Defendants the United States Citizenship and Immigration Services ("USCIS"), Homeland Security Investigations ("HSI") and HSI employee Katherine A. Kearney. *See* Summons & Complaint (the "Complaint") and Notices of Inquest, annexed hereto as Exhibit A.

2.      This action alleges negligence on the part of the Defendants.  Specifically, the Complaint asserts that on or about February 21, 2019, Defendant Katherine A. Kearney was negligent in the operation of an HSI motor vehicle allegedly resulting in property damage to Plaintiff's vehicle.  *See generally* Exhibit A, Summons & Complaint.

3.      At all relevant times articulated in the Complaint, Katherine A. Kearney was an employee of HSI, and was acting within the course and scope of such employment with HSI, and therefore deemed eligible for coverage under the Federal Tort Claims Act.  *See* Certification of Scope of Employment and Notice of Substitution of the United States of America by Assistant U.S. Attorney Kimberly A. Francis, dated May 10, 2023, attached hereto as Exhibit B.

4.      An Inquest has been scheduled for May 12, 2023 at 2:15 p.m. in the Civil Court of the City of New York, County of Kings.  *See* Ex. A, Notices of Inquest at 6-8.

5.      Pursuant to 28 U.S.C. § 2679(d)(2), and the above-referenced certification, which provides that Defendant Katherine A. Kearney was acting within the course and scope of her federal employment at the time of the incident out of which the claim arose, the claim asserted against Katherine A. Kearney is deemed to be a claim brought against the United States of America.  Pursuant to the Certification attached as Exhibit B, the United States of America is, by operation of law, substituted as the sole party defendant for Katherine A. Kearney and HSI.

6.      Because this action relates to an alleged "act" of an "officer … of the United States," this action may be removed pursuant to 28 U.S.C. § 1442(a)(1), without waiver of any and all arguments that the United States of America, including any of its agencies and/or employees or officers, may have regarding the District Court's subject matter jurisdiction over the substantive claims asserted in this action.

7.      Pursuant to 28 U.S.C. §§ 1442(a)(1) and 2679(d)(2), this action may be removed to

this Court because the Complaint asserts claims against the United States of America and purports

to raise matters under federal law.

8.      Pursuant to 28 U.S.C. §§ 2408 and 2679(d)(2), the United States of America may

remove this action without a bond.

9.      In accordance with 28 U.S.C. § 1446(d), the filing of a copy of this Notice with the

Clerk of the Court, Civil Court of the City of New York, County of Kings, shall effect the removal

and the local court shall proceed no further with respect to the action, unless and until the case is

remanded.

WHEREFORE, it is respectfully requested that the above-captioned action that is pending

in the Civil Court of the City of New York, County of Kings be removed to this Court.

Dated: Brooklyn, New York
        May 10, 2023                          Respectfully submitted,

                                              BREON PEACE
                                              United States Attorney

                                    By:       /s/ *Kimberly A. Francis*
                                              KIMBERLY A. FRANCIS
                                              Assistant United States Attorney
                                              Eastern District of New York
                                              271 Cadman Plaza East
                                              Brooklyn, New York 11201
                                              (718) 254-6147
                                              kimberly.francis@usdoj.gov
                                              *Attorney for Defendant*
                                              *United States of America*

cc:     Clerk of the Court (by E-Mail)
        Civil Court of the City of New York
        County of Kings
        141 Livingston Street
        Brooklyn, New York 11201

        Rory Mulholland (by E-Mail)
        Abrams Fensterman, LLP

1 Metrotech Center, Suite 1701
Brooklyn, New York 11201
(718) 215-5300
rmulholland@abramslaw.com
*Attorney for Plaintiff*

# EXHIBIT  A

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS
--------------------------------------------------------------x

AMERICAN UNITED TRANSPORTATION INC

Plaintiff(s)

-against-

HOMELAND SECURITY INVESTIGATIONS AND
KATHERINE A. KEARNEY

Defendant(s)
--------------------------------------------------------------x

INDEX NO.

20094

SUMMONS

Basis for Venue

Plaintiff Transacts Business in Kings County

TO THE ABOVE NAMED DEFENDANT(S)

YOU ARE HEREBY SUMMONED TO APPEAR IN THE CIVIL COURT OF THE CITY OF NEW YORK,
COUNTY OF KINGS, AT THE OFFICE OF SAID COURT AT 141 LIVINGSTON STREET, BROOKLYN, NY,
IN THE COUNTY OF KINGS, CITY AND STATE OF NEW YORK, WITHIN THE TIME PROVIDED BY
LAW AS NOTED BELOW AND TO FILE YOUR ANSWER TO THIS SUMMONS AND ENDORSED
COMPLAINT WITH THE CLERK, UPON YOUR FAILURE TO ANSWER, JUDGMENT WILL BE TAKEN
AGAINST YOU FOR THE SUM OF $3,776.83 WITH INTEREST THEREON FROM February 21, 2019
TOGETHER WITH THE COSTS OF THIS ACTION.

DATED: October 20, 2020          BROOKLYN, NY

ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,
FORMATO, FERRARA, WOLF & CARONE, LLP
Attorney for Plaintiff(s)
1 METROTECH CENTER, SUITE 1701
BROOKLYN, NY 11201
(718)-215-5300

Plaintiff (s) Address:
AMERICAN UNITED TRANSPORTATION INC
640 S. CONDUIT BLVD.
BROOKLYN, NY 11208

Defendant(s) Address:
HOMELAND SECURITY INVESTIGATIONS, 601 WEST 26TH STREET #7, NEW YORK, NY 10001

KATHERINE A. KEARNEY, 601 WEST 26TH STREET #7, NEW YORK, NY 10001

Note: The law provides that (a) this summons is served by its delivery to you personally within the City of New York, you must appear and answer within
TWENTY days after such service; or (b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New
York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after proof of
service thereof is filed with the clerk of this Court within which to appear and answer.

ENDORSED COMPLAINT

A STATEMENT OF THE NATURE AND SUBSTANCE OF THE PLAINTIFF'S CAUSE OF ACTION AS
FOLLOWS. THIS IS AN ACTION FOR PROPERTY DAMAGE AND LOSS OF USE IN THE SUM OF
$3,776.83 WITH INTEREST FROM THE DATE OF THE ACCIDENT. THE ACCIDENT RESULTED FROM
THE NEGLIGENT OPERATION OF THE DEFENDANT'S MOTOR VEHICLE BEARING REGISTRATION
NUMBER: DNX2537 STATE OF NY, ON OR ABOUT February 21, 2019, AT OR NEAR THE INTERSECTION
OF CENTRE STREET AND CANAL STREET, NEW YORK, NY AND WITHOUT ANY CONTRIBUTORY
NEGLIGENCE ON THE PART OF THE PLAINTIFF. PLAINTIFF'S PLATE NUMBER: T74441C.

The undersigned hereby affirms that the within papers contain assertions made to ascertain the underlying merits of the
pleading and that same have been found by the undersigned, an attorney admitted to practice law in the State of New York, to be meritorious, non-frivolous,
and submitted in good faith furtherance of the interests of the undersigned attorney's client.

SIGNED: ABRAMS FENSTERMAN L.L.P.                    RORY MULHOLLAND, Esq.

E.C.

FILED
NOV 1 8 2020
CLERK'S OFFICE
CIVIL COURT

2019022171452

INDEX NO.:

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF KINGS

---

AMERICAN UNITED TRANSPORTATION INC

Plaintiff(s)

-against-

HOMELAND SECURITY INVESTIGATIONS AND
KATHERINE A. KEARNEY

Defendant(s)

---

## SUMMONS

Action not based

Upon a Consumer Credit Transaction

---

## ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP

Attorneys for Plaintiff(s)

1 METROTECH CENTER, SUITE 1701

BROOKLYN, NY 11201

(718) 215-5300

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

Job #: 183558

Attorney: ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA & WOLF, LLP PH: (718) 215-5300
Address: 1 METROTECH CENTER, SUITE 1701 BROOKLYN, NY 11201

| | |
|---|---|
| AMERICAN UNITED TRANSPORTATION INC | Index Number: 20994/2020 |
| *vs*        *Plaintiff* | Date Filed: 11/18/2020 |
| HOMELAND SECURITY INVESTIGATIONS., ETAL., | Client's File No.: 201902271452 |
| *Defendant* | Court Date: |

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
SCHADRAC LAGUERRE, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 2/16/2021, at 12:52 PM at: 601 WEST 26th STREET, #7, NEW YORK, NY 10001 Deponent served the within SUMMONS & ENDORSED COMPLAINT

On: HOMELAND SECURITY INVESTIGATIONS, Defendant therein named.

☐ #1 INDIVIDUAL
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ #2 SUITABLE AGE PERSON
By delivering thereat a true copy of each to (Authorized to Accept) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ #3 AFFIXING TO DOOR
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☒ #4 Corporation or Partnership or Trust or LLC
By delivering thereat a true copy of each to Carlos personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Authorized to Accept thereof.

☐ #5 MAILING
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ #6 DESCRIPTION
Sex: Male    Color of skin: Brown    Color of hair: Black/Gray    Glasses:
Age: 51-65    Height: 5ft 4in - 5ft 8in    Weight: 161-200 Lbs.    Other Features:

☐ #7 MILITARY SERVICE
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ #8 WITNESS FEES
Subpoena Fee Tendered in the amount of

☐ #9 OTHER

Sworn to before me on 02/17/2021

JAY BRODSKY
Notary Public State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 2023

RECEIVED
FEB 19 A 9 33
[illegible stamp]

SCHADRAC LAGUERRE
2026030-DCA

ABC Process Serving Bureau Inc., 225 Broadway, Suite 2950, New York, NY 10007

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

Job #: 183583

Attorney: ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA & WOLF, LLP PH: (718) 215-5300
Address: 1 METROTECH CENTER, SUITE 1701 BROOKLYN, NY 11201

| AMERICAN UNITED TRANSPORTATION INC | | Index Number: 20994/2020 |
|---|---|---|
| | | Date Filed: 11/18/2020 |
| *vs* | *Plaintiff* | |
| HOMELAND SECURITY INVESTIGATIONS., ETAL., | | Client's File No.: 201902271452 |
| | *Defendant* | Court Date: |

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
SCHADRAC LAGUERRE, being sworn says:

**AFFIDAVIT OF SERVICE**

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 2/16/2021, at 12:52 PM at: 601 WEST 26th STREET, #7, NEW YORK, NY 10001 Deponent served the within SUMMONS & ENDORSED COMPLAINT

On: KATHERINE A. KEARNEY, Defendant therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Carlos (Co-Worker) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☒ **#5 MAILING**
On 02/17/2021, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, 601 W. 26TH STREET, 7TH FLOOR, NEW YORK, NY 10001 and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male        Color of skin: Brown        Color of hair: Black/Gray    Glasses:
Age: 51-65       Height: 5ft 4in - 5ft 8in                 Weight: 161-200 Lbs.        Other Features:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 02/17/2021

JAY BRODSKY
Notary Public State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 2023

SCHADRAC LAGUERRE
2026030-DCA

ABC Process Serving Bureau Inc., 225 Broadway, Suite 2950, New York, NY 10007

RECEIVED
2021 FEB 19 AM 9:53
GEORGE AN CIVIL COURT



Civil Court of the City of New York
141 Livingston Street
Brooklyn, NY 11201

NOTICE

AMERICAN UNITED TRANSPORTATION INC
-against-
HOMELAND SECURITY... et al.

Index #: CV-020994-20/KI  Cal #: P-23-KI-012951
PLEASE TAKE NOTICE that your Civil case has
been scheduled to 05/12/2023 at 2:15 PM in Part 12 -
Inquest, Room 1307 for an Inquest.
You must appear and bring this notice with you.

Chief Clerk

To:

KATHERINE A KEARNEY
601 WEST 26TH STREET #7
New York, NY 10001



**Civil Court of the City of New York**
141 Livingston Street
Brooklyn, NY 11201
NOTICE

AMERICAN UNITED TRANSPORTATION INC
      -against-
HOMELAND SECURITY... et al.
------------------------------------------

Index #: CV-020994-20/KI  Cal #: P-23-KI-012951
**PLEASE TAKE NOTICE** that your Civil case has
been scheduled to 05/12/2023 at 2:15 PM in Part 12 -
Inquest, Room 1307 for an Inquest.
**You must appear and bring this notice with you.**

             Chief Clerk

To:

**HOMELAND SECURITY
INVESTIGATIONS
601 WEST 26TH STREET #7
New York, NY 10001**



Civil Court of the City of New York
141 Livingston Street
Brooklyn, NY 11201
NOTICE

AMERICAN UNITED TRANSPORTATION INC
        -against-
HOMELAND SECURITY... et al.
------------------------------------------
Index #: CV-020994-20/KI  Cal #: P-23-KI-012951
PLEASE TAKE NOTICE that your Civil case has
been scheduled to 05/12/2023 at 2:15 PM in Part 12 -
Inquest, Room 1307 for an Inquest.
You must appear and bring this notice with you.

                Chief Clerk

To:

Abrams, Fensterman, Fensterman,
Eisman, Formato, Ferrara &
Wolf LLP
1 Metrotech Center
Suite 1701
Brooklyn, NY 11201

FOR USE OF CLERK

**Civil Court Of Kings County**
**COUNTY OF KINGS**

------------------------------------------------------------x

AMERICAN UNITED TRANSPORTATION INC.

*Plaintiff(s)*

-against-

HOMELAND SECURITY INVESTIGATIONS
KATHERINE A KEARNEY

*Defendant(s)*

------------------------------------------------------------x

Preference claimed under
N/A

On the ground that
N/A

× Tort: × Motor vehicle negligence
Other (tort) specify
Contract: Breach of Contract
Other (not itemized above) specify.....................

Index No. 020994/20

Calendar No.

× This Case was never Noticed for Trial Before
Trial by jury demanded
Of all issues
Of issues specified below or attached hereto

× Trial without jury

Filed by attorney for ......... Plaintiff
Date summons served ......... 02/17/2021
Date service completed ........ 02/19/2021
Date issue joined ...................

NATURE OF ACTION OR SPECIAL PROCEEDING

This action is brought as a class action
Amount demanded: $3776.83 Plus interest from 2/21/2019
Other relief ............................................
Counterclaim..........

Insurance Carrier(s) if known

................................................................

```
Notice Of Inquest
S
Fee:    $40.00 Paid
                      Transaction #:    17645
    Index No.: 20994 KCH 2020
```

## CERTIFICATE OF READINESS FOR INQUEST

Items 1-5 must be checked

| | Completed | Waived | Not Required |
|---|---|---|---|
| 1. All Pleadings Served.................................................................... | × | | |
| 2. Bill of particulars served................................................................ | | | × |
| 3. Physical examinations completed................................................... | | | × |
| 4. Medical reports exchanged............................................................ | | | × |
| 5. Discovery proceedings now known to be necessary completed.................................. | | | × |

6. There are no outstanding requests for discovery.
7. There has been a reasonable opportunity to complete the foregoing proceedings.
8. The case is ready for trial.

Dated:    Brooklyn, New York
7/20/2021

ABRAMS, FENSTERMAN, ET-AL
Attorney(s) for Plaintiff(s)
1 Metro Tech Center - Suite 1701
Brooklyn, New York 11201
File #201902271452
Phone No: (718) 215-5300

Signature - type name below:

*Emily Ruppert*

Emily Ruppert, Esq.

Non-Appearing Defendant(s):
HOMELAND SECURITY INVESTIGATIONS 601 WEST 26TH STREET 7 NEW YORK,
NY 10001
KATHERINE A KEARNEY 601 WEST 26TH STREET 700 NEW YORK, NY 10001

NOTARY PUBLIC
Qualified in
Kings County
01E36578363

STATE OF NEW YORK, COUNTY OF KINGS, as:
Marina Seleznyova being duly sworn, deposes, and says, that deponent is not a part to the action, is over 18 years of age and resides in the state of New York
That on the 28 day of July 20 21 deponent served the within notice of inquest on :

HOMELAND SECURITY INVESTIGATIONS AND KATHERINE A KEARNEY

For that purpose by deposing same enclosed in a postpaid properly addressed wrapper, in a post office official depository under the exclusive care and custody of
the United States Postal Service within New York State.

Sworn to before me, this 28 day of July 20 21

*Christopher Estman*

*M Seleznyova*
Marina Seleznyova

# EXHIBIT  B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AMERICAN UNITED TRANSPORTATION,

        Plaintiff,

    v.

HOMELAND SECURITY INVESTIGATIONS and
KATHERINE A. KEARNEY,

        Defendants.

Civil Action No.
23-CV-_____

(_____, J.)
(_____, M.J.)

## CERTIFICATION OF SCOPE OF EMPLOYMENT AND NOTICE OF SUBSTITUTION OF UNITED STATES OF AMERICA

By virtue of the authority vested in this Office by the Attorney General pursuant to 28 C.F.R. § 15.4, it is hereby certified on the basis of the information now available that Defendant Katherine A. Kearney was acting within the scope and course of her federal employment as an employee of the United States Citizenship and Immigration Services ("USCIS"), Homeland Security Investigations ("HSI") for the purposes of the Federal Tort Claims Act at the time of the incident out of which the above-referenced action arose.

Accordingly, the United States of America is hereby substituted by operation of law as a party defendant pursuant to 28 U.S.C. § 2679(d)(2) for Defendants HSI and Katherine A. Kearney, and any and all claims asserted in the Civil Court of the City of New York, County of Kings action against Defendants HSI and Katherine A. Kearney shall be, and hereby are, deemed to be claims for relief against the United States of America.

1

Dated: Brooklyn, New York
      May 10, 2023

Respectfully submitted,

BREON PEACE
United States Attorney

By:     /s/ *Kimberly A. Francis*
        KIMBERLY A. FRANCIS
        Assistant United States Attorney
        Eastern District of New York
        271 Cadman Plaza East
        Brooklyn, New York 11201
        (718) 254-6147
        kimberly.francis@usdoj.gov

        *Attorney for Defendant United States of America*

To:     Rory Mulholland
        Abrams Fensterman, LLP
        1 Metrotech Center, Suite 1701
        Brooklyn, New York 11201
        (718) 215-5300
        rmulholland@abramslaw.com
        *Attorney for Plaintiff*